IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                  CASE NO. 1:10-cv-00207-SPM-GRJ

DAVID MORGAN, et al.,

    Defendants.

_____/

## O R D E R

Pending before the Court is a letter from Defendant Bernard Ravelo (Doc. 17), which the Court construes as a motion for an extension of time to respond to Plaintiff's Complaint. (Doc. 1.) Mr. Ravelo requests an extension of time to file an answer to the complaint so that he will have more time to seek legal counsel regarding this case. Mr. Ravelo also requests a similar extension to file an answer on behalf of Defendants Holleman's Restaurant & Lounge, Inc., Hume Enterprises, LLC and Rod Seafood, Inc.

Because Mr. Ravelo is not an attorney, he cannot represent or appear on behalf of any other Defendant, including a corporation or other juridical entity. Specifically with regard to corporations and other business entities they do not have a right to represent themselves in court. Palazzo v. Gulf Oil Corp., 764 F.2d 1381, 1385 (11th Cir. 1985)("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.").

Accordingly, Defendant Bernard Ravelo's request for an extension of time to respond to Plaintiff's Complaint (Doc. 17) is **GRANTED** only as it applies to Bernard

Ravelo and is **DENIED** to the extent that the request applies to Defendants Holleman's Restaurant & Lounge, Inc., Hume Enterprises, LLC and Rod Seafood, Inc. Defendant Bernard Ravelo shall respond to the Complaint (Doc. 1) on or before **March 30, 2011**.

**DONE AND ORDERED** this 9th day of March, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge