UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23251-CIV-GRAHAM/GOODMAN

SLEP-TONE ENTERTAINMENT CORP.,

    Plaintiff,

v.

BERNARD RAVELO, et al.,

    Defendants.
_____/

### ORDER SCHEDULING SETTLEMENT CONFERENCE

This matter having been referred to me for a settlement conference by United States District Judge Donald L. Graham, it is hereby ordered that a settlement conference will take place in Chambers on the 4th Floor of the C. Clyde Atkins Building and United States Courthouse, 301 North Miami Avenue, Miami, Florida, on **Tuesday, November 8, 2011 at 10:00 a.m.**

The settlement conference shall be attended by all counsel of record and representatives of each party. Said representatives shall have full authorization to negotiate, submit, and accept offers of settlement. Additionally, the conference shall be conducted without a court reporter so that no record of the proceedings will be maintained.

Each party shall prepare a **settlement conference statement**, which shall consist of a short summary of the procedural posture of the case and a description of the specific claims still at issue, including each party's evidentiary support and defenses. The parties should also include any other details that they believe are important to achieving

settlement in this case.  <u>This statement will be confidential and will be read only by the Undersigned and the law clerk working on the file.</u>  To that end, the parties are instructed to email their statements to the Undersigned's e-file inbox at goodman@flsd.uscourts.gov no later than **Friday, November 4, 2011 at 12:00 p.m.**[1]

Finally, the Court notes that there also appear to be three unrepresented corporate defendants.  If Plaintiff's counsel learns that any of these three defendants retain counsel at any time before the settlement conference, then Plaintiff's counsel must serve a copy of this order on the newly retained counsel counsel as soon as practicable.

**DONE AND ORDERED** in Chambers, at Miami, Florida, October 25, 2011.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to:**

The Honorable Donald L. Graham
United States District Judge

All counsel of record

---

[1]  Although Defendant Ravelo is proceeding *pro se*, he must comply with this directive and submit the required mediation statement.  This requires only the use of a computer with email capability.